```
         IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

            MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


GEORGE KIRACOFE, M.D.,         )
                               )
    Plaintiff,                 )
                               )       CIVIL ACTION NO.
    v.                         )         1:08cv913-MHT
                               )             (WO)
UNITED STATES OF AMERICA,      )
et al.,                        )
                               )
    Defendants.                )
```

## OPINION

On April 2, 2010, the court entered a show-cause order as follows:

> "There being no evidence that plaintiff has perfected service on defendants Col. Suzan Denny, Col. Michael Kaminski, and Faye Campbell, as promised during the on-the-record conference on May 15, 2009, it is ORDERED that plaintiff show cause, if any there be, in writing by no later than April 12, 2010, as to why this cause should not be dismissed for want of prosecution."

Because plaintiff has failed to respond to the April 2 order, this case will be dismissed in its entirety for want of prosecution.

**An appropriate judgment will be entered.**

**DONE, this the 23rd day of April, 2010.**

                                             <u>/s/ Myron H. Thompson</u>
                                             **UNITED STATES DISTRICT JUDGE**