IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| GEGE KIRACOFE, M.D.,      )<br>                              )<br>    Plaintiff,            )<br>                              )     CIVIL ACTION NO.<br>    v.                        )       1:08cv913-MHT<br>                              )           (WO)<br>UNITED STATES OF AMERICA, )<br>et al.,                       )<br>                              )<br>    Defendants.           ) | |

### JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety for want of prosecution.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of April, 2010.

         /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE